AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| American Civil Liberties Union Foundation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00345-TJK |
| U.S. Immigration and Customs Enforcement | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Civil Liberties Union Foundation.

Date: 02/12/2025

/s/ Kyle Virgien
*Attorney's signature*

Kyle Virgien (CA 278747)
*Printed name and bar number*

Kyle Virgien*
American Civil Liberties Union
425 California St., 7th Floor
San Francisco, CA 94104
*Address*

kvirgien@aclu.org
*E-mail address*

(415) 343-0770
*Telephone number*

(415) 395-0950
*FAX number*