IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | Case No. 1:25-cv-00345-TJK |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiffs respectfully submit the attached Affidavit of Mailing of Jessica Carns as proof of service upon U.S. Immigration and Customs Enforcement, the United States Attorney for the District of Columbia, and the Attorney General of the United States in the above-captioned matter.

Dated:  February 13, 2025

Respectfully submitted,

/s/ Eunice H. Cho
Eunice H. Cho (D.C. 1708073)
American Civil Liberties Union
National Prison Project
915 15th Street NW, 7th Floor
Washington, DC 20005
(202) 548-6616
echo@aclu.org

Kyle Virgien (Cal. 278747)*
American Civil Liberties Union
National Prison Project
425 California Street, 7th Floor
San Francisco, CA 94104
(415) 343-0770
kvirgien@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiff*