IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | Case No. 1:25-cv-00345-TJK |

**DECLARATION OF SERVICE OF PROCESS**

I, Jessica Carns, hereby certify that I am more than 18 years of age and not a party to this action.

I certify that I caused the Summons and Complaint in this action to be served upon U.S. Immigration and Customs Enforcement by mailing copies thereof to 500 12th Street SW, Washington, DC 20536, by certified mail on February 7, 2025. The certified mail tracking number on that package was 9589071052701398283706. That package was delivered to that address on February 11, 2025, as shown by the U.S. Postal Service proof of delivery, appended hereto.

I further certify that I caused the Summons and Complaint in this action to be served upon the United States Attorney for the District of Columbia by mailing copies thereof to 601 D Street NW, Washington, DC 20530, by certified mail on February 7, 2025. The certified mail tracking number on that package was 9589071052701398283690. That package was delivered to that address on February 13, 2025, as shown by the U.S. Postal Service proof of delivery, appended hereto.

2

I further certify that I caused the Summons and Complaint in this action to be served upon the Attorney General of the United States by mailing copies thereof to 950 Pennsylvania Avenue NW, Washington, DC 20530, by certified mail on February 7, 2025. The certified mail tracking number on that package was 9589071052701398283713. That package was delivered to that address on February 13, 2025, as shown by the U.S. Postal Service proof of delivery, appended hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of February, 2025.             /s/ Jessica Carns
                                                      Jessica Carns

**Tracking Number:**

# 9589071052701398283706

 Copy     Add to Informed Delivery

| Latest Update | Delivered |
|---|---|
| Your item was delivered to an individual at the address at 12:04 pm on February 11, 2025 in WASHINGTON, DC 20536. | **Delivered, Left with Individual**<br>WASHINGTON, DC 20536<br>February 11, 2025, 12:04 pm |
| **Get More Out of USPS Tracking:**<br>USPS Tracking Plus® | See All Tracking History<br><br>What Do USPS Tracking Statuses Mean? |

**Tracking Number:**

# 9589071052701398283690

 Copy    Add to Informed Delivery

| Latest Update | Delivered |
|---|---|
| Your item was picked up at a postal facility at 6:05 am on February 13, 2025 in WASHINGTON, DC 20530. | **Delivered, Individual Picked Up at Postal Facility**<br>WASHINGTON, DC 20530<br>February 13, 2025, 6:05 am |
| **Get More Out of USPS Tracking:**<br>USPS Tracking Plus® | See All Tracking History<br><br>What Do USPS Tracking Statuses Mean? |

**Tracking Number:**

# 9589071052701398283713

 Copy    Add to Informed Delivery

| Latest Update | Delivered |
|---|---|
| Your item was picked up at a postal facility at 6:05 am on February 13, 2025 in WASHINGTON, DC 20530. | **Delivered, Individual Picked Up at Postal Facility**<br>WASHINGTON, DC 20530<br>February 13, 2025, 6:05 am |
| **Get More Out of USPS Tracking:**<br>USPS Tracking Plus® | See All Tracking History<br><br>What Do USPS Tracking Statuses Mean? |