UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>                Plaintiff,<br><br>      v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                Defendant. | Civil Action No. 25-0345 (TJK) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Stephanie R. Johnson as counsel for Defendant in the above captioned case.

Dated: March 14, 2025                                Respectfully submitted,

                                                                  */s/ Stephanie R. Johnson*
                                                             STEPHANIE R. JOHNSON,
                                                                 DC Bar # 1632338
                                                            Assistant United States Attorney
                                                            601 D Street, NW
                                                            Washington, DC 20530
                                                            (202) 252-7874
                                                           Stephanie.Johnson5@usdoj.gov

                                                           *Attorneys for the United States of America*