UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>      Plaintiff,<br><br>    v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>      Defendant. | Civil Action No. 25-0345 (TJK) |

**MOTION FOR EXTENSION OF TIME**

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to respond to the complaint in this matter by approximately thirty days—i.e., until April 16, 2025. Prior to filing this motion, undersigned counsel conferred with Plaintiff, through counsel, and Plaintiff takes no position on the relief sought in this motion. The grounds for this motion are set forth below.

Plaintiff initially filed this suit on February 6, 2025, and the U.S. Attorney's Office was served with the complaint on or about February 14, 2025. Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking to compel the release of documents relating to one FOIA request sent to U.S. Immigration and Customs Enforcement. *See generally* Compl. (ECF No. 1). Defendant's deadline to respond to the complaint is currently March 17, 2025.

There is good cause to grant this motion. Although undersigned counsel was recently assigned this matter, undersigned has already reached-out to the relevant agency and intends to promptly gather information necessary for the defense of this action. That said, the undersigned requires a reasonable period of additional time to discuss this matter and the FOIA request with

- 2 -

the relevant agency, explore whether this case may be resolved without litigation, and if not, formulate Defendant's response to Plaintiff's complaint. Accordingly, Defendant requests this extension of time.

Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension in this matter. Also, granting Defendant's motion will not significantly affect any future deadlines, and allowing Defendant's counsel a reasonable amount of time beyond that provided by Rule 12, under the circumstances, to investigate the claims and plan an appropriate defense strategy is just. Further, Defendant does not believe the requested extension will prejudice Plaintiff.

WHEREFORE, Defendant respectfully requests that the deadline to respond to the complaint be extended until April 16, 2025. A proposed order is enclosed herewith.

Dated: March 14, 2025                    Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:       /s/ Stephanie R. Johnson
STEPHANIE R. JOHNSON,
   D.C. Bar # 1632338
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>         Plaintiff,<br><br>     v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>         Defendant. | Civil Action No. 25-0345 (TJK) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an extension of time in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall respond to the complaint by April 16, 2025.

SO ORDERED.

_____                                      _____
Dated                                                                                                       Timothy J. Kelly
                                                                                                                United States District Judge