UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | Civil Action No. 25-0345 (TJK) |

**JOINT PROPOSED SCHEDULE FOR BRIEFING**

Plaintiff American Civil Liberties Union Foundation and Defendant U.S. Immigration and Customs Enforcement have met and conferred and provide the following joint proposed schedule for this case, in accordance with the Court's minute order of April 17, 2025.

Plaintiff filed suit on February 6, 2025. Defendant made its first and final production on March 31, 2025, and filed its Answer on April 16, 2025. As production is now completed, Plaintiff does not intend to challenge the sufficiency of Defendant's search or withholding of records.

The parties are currently negotiating the remaining issue—i.e., Plaintiff's claim for attorneys' fees and costs— in this case.[1] *See* 5 U.S.C. § 552(a)(4)(E). Should the parties be unable to come to agreement, the parties propose the following briefing schedule to adjudicate the issue of attorneys' fees and costs in this case.

| | |
|---|---|
| Plaintiff's Motion for Attorney's Fees | May 23, 2025 |

---

[1] Defendant notes that any settlement agreement between the parties would need to be approved by the requisite Department of Justice official.

| | |
|---|---|
| Defendant's Opposition to Motion for Attorney's Fees | June 26, 2025 |
| Plaintiff's Reply Brief for Attorney's Fees | July 10, 2025 |

To that end, the parties respectfully request that the Court order the briefing schedule mentioned above.

Dated: May 1, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:        */s/ Stephanie R. Johnson*
    STEPHANIE R. JOHNSON
    D.C. Bar # 1632338
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-7874
    Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*

*/s/ Eunice H. Cho*
Eunice H. Cho (D.C. Bar #1708073)
American Civil Liberties Union Foundation
National Prison Project
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Phone: (202) 548-6616
echo@aclu.org

Kyle Virgien*
American Civil Liberties Union Foundation
National Prison Project
425 California Street, 7th Floor
San Francisco, CA 94104
Phone: (415) 343-0770
kvirgien@aclu.org

Attorneys for Plaintiffs
* Admitted *Pro hac vice*