## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

*Plaintiff*,

  v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

*Defendant*.

Civil Action No. 25-0345 (TJK)

### JOINT STATUS REPORT AND REQUEST TO EXTEND TIME

Plaintiff American Civil Liberties Union Foundation and Defendant U.S. Immigration and Customs Enforcement jointly provide this status report and request to extend time for briefing the issue of attorneys' fees and costs in this case. *See* Min. Order, May 5, 2025 (setting briefing schedule).

The parties have reached a tentative settlement for payment of attorneys' fees and costs in this case. The parties agree that additional time is necessary to resolve this issue, which could potentially eliminate the need for further Court involvement. Defendant is in the process of obtaining final approval for settlement from the requisite government officials.

\*    \*    \*

Based upon the foregoing, the parties jointly request to extend time for briefing the issue of attorneys' fees and costs by 45 calendar days.  Parties will also provide a joint status report on June 30, 2025, if necessary, regarding the status of the settlement.

Dated: May 21, 2025                                Respectfully submitted,

JEANINE FERRIS PIRRO                      /s/ Eunice H. Cho
United States Attorney                         Eunice H. Cho (D.C. Bar #1708073)
                                                             American Civil Liberties Union Foundation
                                                             National Prison Project
By: _____/s/ Stephanie R. Johnson_____   915 Fifteenth Street NW, 7th Floor
      STEPHANIE R. JOHNSON              Washington, DC 20005
      D.C. Bar # 1632338                     Phone: (202) 548-6616
      Assistant United States Attorney     echo@aclu.org
      Civil Division
      601 D Street, NW                        Kyle Virgien*
      Washington, DC 20530                American Civil Liberties Union Foundation
      (202) 252-7874                          National Prison Project
      Stephanie.Johnson5@usdoj.gov    425 California Street, 7th Floor
                                                             San Francisco, CA 94104
*Attorneys for the United States of America*    Phone: (415) 343-0770
                                                             kvirgien@aclu.org

                                                             *Attorneys for Plaintiffs*
                                                             * Admitted *Pro hac vice*