UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 25-0345 (TJK) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: June 26, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  */s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*

*/s/ Eunice H. Cho (By Permission)*
Eunice H. Cho (D.C. Bar #1708073)
American Civil Liberties Union Foundation
National Prison Project
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Phone: (202) 548-6616
echo@aclu.org

Kyle Virgien*
American Civil Liberties Union Foundation
National Prison Project
425 California Street, 7th Floor
San Francisco, CA 94104
Phone: (415) 343-0770
kvirgien@aclu.org

Attorneys for Plaintiffs
* Admitted *Pro hac vice*